**F. JACOBUS TRANSPORTATION COMPANY, Inc., Libelant-Appellee, v. GOODWIN-GALLAGHER SAND & GRAVEL CORPORATION, Respondent-Appellant, Thomas J. Howard, Owner of the Steam-Tug WILLIAM G. HOWARD, Claimant-Appellant.**

No. 396.

Circuit Court of Appeals, Second Circuit.

June 16, 1930.

William F. Purdy, of New York City (William F. Purdy and John E. Purdy, both of New York City, of counsel), for F. Jacobus Transp. Co.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for appellant Goodwin-Gallagher Corporation.

Foley & Martin, of New York City (James A. Martin, of New York City, of counsel), for the Howard and the Maple Hill.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City, and Blodgett, Jones, Burnham & Bingham, of Boston, Mass. (Foye M. Murphy, of Boston, Mass., of counsel), for Randall & McAllister.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree [42 F.(2d) 657] affirmed.